

R E C E I V E D

NOV - 2 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK
ORDER

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

October 29, 2015

**VIA ECF & FEDEX**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RECEIVED

OCT 3 0 2015

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

Re: *Sucampo AG, et al. v. Dr. Reddy's Laboratories, Inc., et al.*
Civil Action No. 14-7114 (MAS)(DEA)

Dear Judge Arpert:

This firm, together with Paul Hastings LLP and Paterson Belknap Webb & Tyler LLP, represents Plaintiffs Sucampo AG, Sucampo Pharmaceuticals, Inc., and R-Tech Ueno, Ltd. ("RTU") (collectively, "Sucampo") and Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals USA, Inc., and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda") (together with Sucampo, "Plaintiffs") in the above-captioned matter. We write jointly with Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL") in follow-up to the October 26, 2015 settlement conference with Your Honor and in response to the telephone call we received today from chambers.

During the October 26 conference, Your Honor adjourned the upcoming dates for claim construction in the May 18, 2015 Pretrial Scheduling Order (D.I. #29) in view of DRL's request that the parties brief the dispute raised in DRL's October 8 letter and Plaintiffs' October 9 letter to the Court. Accordingly, the deadlines listed below relating to claim construction are adjourned pending the Court's revisiting of them after the parties' December 14 teleconference with Your Honor:

- File Joint Claim Construction and Prehearing Statement (November 2, 2015)

- Complete all discovery related to claim construction fact discovery (December 2, 2015)

- File opening *Markman* brief/submissions (December 17, 2015)

Further, at DRL's request, Your Honor stated that the parties may submit additional letters to the Court regarding the dispute raised by DRL in its October's 8 letter to the Court. The

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800
DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Douglas E. Arpert, U.S.M.J.
October 29, 2015
Page 2

parties have agreed to work out a briefing schedule to file such letters well in advance of the December 14 teleconference with Your Honor. If this meets with Your Honor's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Thank you for Your Honor's kind attention to this matter.

| Respectfully yours, | Respectfully yours, |
|---|---|
| s/ William C. Baton | s/ Louis Weinstein |
| William C. Baton | Louis Weinstein |
| *On behalf of Plaintiffs* | *On behalf of Defendants* |

SO ORDERED:

_____
Hon. Douglas E. Arpert, U.S.M.J.