

William C. Baton
Phone: (973) 286-6722
Fax:  (973) 286-6822
wbaton@saul.com
www.saul.com

December 11, 2015

**VIA ECF & FEDEX**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:    *Sucampo AG, et al. v. Dr. Reddy's Laboratories, Inc., et al.*
        Civil Action No. 14-7114 (MAS)(DEA)

Dear Judge Arpert:

This firm, together with Paul Hastings LLP and Patterson Belknap Webb & Tyler LLP, represents Plaintiffs in the above-captioned matter. We write in response to the letter e-mailed to Your Honor by the Dr. Reddy's defendants ("DRL") today purporting to provide a "neutral informational status" in advance of the status teleconference scheduled for Monday, December 14, 2015 at 10:00 a.m. Regrettably, DRL's surprising unilateral letter contains many mischaracterizations of the record with which Plaintiffs disagree. In an effort to avoid burdening the Court any more than necessary, Plaintiffs plan to address those inaccuracies, to the extent necessary, during the upcoming conference with Your Honor.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

William C. Baton

William C. Baton

cc:    All Counsel (via e-mail)