

William C. Baton

Phone: (973) 286-6722

Fax: (973) 286-6822

wbaton@saul.com

www.saul.com

March 1, 2016

**<u>VIA ECF</u>**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        Re:    *Sucampo AG, et al. v. Dr. Reddy's Laboratories, Inc., et al.*,
                Civil Action No. 14-7114 (MAS)(DEA)

Dear Judge Arpert:

       This firm, together with Paul Hastings LLP and Patterson Belknap Webb & Tyler LLP, represents Plaintiffs in the above-captioned matter. We write in response to the February 29, 2016 letter sent to Your Honor by the Dr. Reddy's Defendants ("DRL") in support of DRL's motion to compel Plaintiffs to alter their Local Patent Rule 4.2(a) "Preliminary Claim Constructions." (D.I. 48.)

       Although DRL's letter purports to present "new" law to the Court, there is nothing in the *Eon* decision that changes the law applicable to the issue before Your Honor. Instead, the decision underscores that it is the province of the trial judge -- in the present case, Judge Shipp -- to decide claim construction, including whether a proffered "plain meaning" or other proposed construction should apply to a disputed claim term. In *Eon*, two of the three-judge panel found that the trial judge erred by leaving unanswered the question of claim scope when the meaning of two terms were provided to the jury. *Eon Corp, IP Holdings LLC v. Silver Spring Networks, Inc.*, No. 2015-1237, *Slip Op.* at 8-9 (Fed. Cir. Feb. 29, 2016). However, the dissenting judge believed that the trial judge had properly resolved the dispute by accepting the plaintiff's "plain and ordinary meaning" construction and declining the defendant's request to add a "special definition." *Id.* at 12-13 (Bryson, J., dissenting). Nothing in the divided panel decision of *Eon* has changed the Federal Circuit's understanding that "plain meaning" is a proper claim construction. *See Newell Companies, Inc. v. Kenney Mfg. Co.*, 864 F.2d 757, 765 (Fed. Cir. 1988) ("This court has adopted the rule that prior decisions of a panel of the court are binding precedent on subsequent panels unless and until overturned *in banc*."). Accordingly, the Federal Circuit's *Finjan Inc. v. Secure Computing Corp.* decision, holding that a trial court may adopt a

Hon. Douglas E. Arpert, U.S.M.J.
March 1, 2016
Page 2

party's proposed "plain and ordinary meaning" construction, remains applicable in this case. (*See* D.I. 44 at 2-4 (discussing *Finjan* decision).)

Finally, DRL's characterization and suggested application of the *Eon* decision to Local Patent Rule 4.2(a) is inconsistent with DRL's own conduct. Specifically, DRL has previously filed in this Court and other courts Joint Claim Construction Charts where DRL -- along with several co-defendants -- proposed "plain and ordinary meaning" as their constructions in opposition to constructions proposed by plaintiffs that offered special definitions. (*See* Exhibit A at page 3 and Exhibit B at pages 21, 22, and 35.) Again, nothing in *Eon* changes the parties' ability to propose, or the District Judge's ability to adopt, "plain and ordinary meaning" as the proper construction of a disputed claim term under the Local Patent Rules.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

Exhibits

cc:      All Counsel (via e-mail)

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

PURDUE PHARMACEUTICAL PRODUCTS
L.P., *et al.*,

        Plaintiffs,

    v.

ACTAVIS ELIZABETH LLC, *et al.*,

        Defendants.

**Consolidated Civil Action No.
12-CV-05311 (JLL)(JAD)**

## AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Paragraph 13 of the Superseding Amended Pretrial Scheduling Order (docket entry 71), the order changing the deadline for the parties to file their joint claim construction statement (docket entry 87), and Local Patent Rule 4.3, Plaintiffs Purdue Pharmaceutical Products L.P.; Purdue Pharma L.P.; and Transcept Pharmaceuticals, Inc. (collectively, "Plaintiffs"); and Defendants Actavis Elizabeth LLC; Novel Laboratories, Inc.; Par Formulations Private Ltd. and Par Pharmaceutical, Inc.; and Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "Defendants") hereby submit their Amended Joint Claim Construction and Prehearing Statement concerning U.S. Patent No. 7,682,628 ("'628 Patent"); U.S. Patent No. 8,242,131 ("'131 Patent"); and U.S. Patent No. 8,252,809 ("'809 Patent").

**I.**    **Construction of Claim Terms on which the Parties Agree (L. Pat. R. 4.3(a))**

In accordance with Local Patent Rule 4.3(a), the parties agree that the terms below should be construed as follows:

**U.S. Patent No. 7,682,628**

| Term Identified for Construction | Joint Proposed Construction |
|---|---|
| "insomnia"<br>(Claim 1) | "a sleep disorder characterized by symptoms including, without limitation, difficulty in falling asleep, difficulty in staying asleep, intermittent wakefulness, and/or waking up too early" |
| "dissolves"<br>(Claims 1, 3, and 4) | "reduces from a solid form to a liquid form" |
| "average plasma concentration"<br>(Claim 14) | "mean peak plasma concentration within about 5 minutes to about 2 hours" |

**U.S. Patent No. 8,242,131**

| Term Identified for Construction | Joint Proposed Construction |
|---|---|
| "middle-of-the-night insomnia"<br>(Claims 1 and 12) | "the condition wherein a subject, after falling asleep, awakens and has difficulty returning to sleep" |
| [Preamble]<br>"A method of treating middle-of-the-night insomnia in a [non-elderly][elderly] patient without prophylactically administering zolpidem, comprising"<br>(Claims 1 and 12) | The preamble in Claims 1 and 12 is limiting. |

**U.S. Patent No. 8,252,809**

| Term Identified for Construction | Joint Proposed Construction |
|---|---|
| "MOTN insomnia"<br>(Claims 1 and 12) | "middle-of-the-night insomnia, which is the condition wherein a subject, after falling asleep, awakens and has difficulty returning to sleep" |

2

| "an amount sufficient to produce a plasma concentration between about 25 ng/ml and about 50 ng/ml within 20 minutes of administration, when evaluated in an appropriate patient population" (Claims 1 and 12) | Plain and ordinary meaning. |
|---|---|
| "[the solid unit dosage form] dissolves" (Claims 13–16) | In Claims 13 and 15: "a portion of the solid unit dosage form converts to a solution or slurry form" <br><br> In Claims 14 and 16: "the solid unit dosage form converts to a solution or slurry form" |

## II. Proposed Constructions of Disputed Claim Terms (L. Pat. R. 4.3(b))

In accordance with Local Patent Rule 4.3(b), each party's proposed construction for the disputed claim terms is as follows:

**U.S. Patent No. 7,682,628**

| Term Identified for Construction | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "buffer" (Claim 1) | Plain and ordinary meaning. <br><br> To the extent additional construction is necessary: "at least one substance used to maintain an approximate pH range" | "A buffer system of two or more buffering agents." |

**U.S. Patent No. 8,242,131**

| Term Identified for Construction | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "without prophylactically administering zolpidem" (Claims 1 and 12) | "without delivering zolpidem into the patient's body before the initial onset of sleep" | Plain and ordinary meaning. |

3

**Dated:** September 19, 2013

*/s/ Stephen R. Buckingham*
Stephen R. Buckingham
Michael Dore
Adam B. Lavinthal
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500

Christopher N. Sipes
Michael N. Kennedy
Erica N. Andersen
Kaveh Saba
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 662-6000
Fax: (202) 662-6291

*Attorneys for Plaintiffs*

*/s/ Harry D. McEnroe*
Harry D. McEnroe
Matthew P. O'Malley
**TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP**
Four Gateway Center
100 Mulberry Street, Suite 5
Newark, New Jersey 07102
Tel.: 973.622.3000

Jeffery B. Arnold
**CANTOR COLBURN LLP**
1180 Peachtree Street, Suite 2050
Atlanta, GA 30309
Tel.: 404.607.9991

Steven M. Coyle
**CANTOR COLBURN LLP**
20 Church St., 22nd Floor
Hartford, CT 06103
Tel.: 860.286.2929

*Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

*/s/ Hillel I. Parness*
Justin P. Walder
Rebekah R. Conroy
**WALDER, HAYDEN & BROGAN, P.A.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: 973.992.5300

Hillel I. Parness
Ronald M. Daignault
Jeffrey A. Hovden
Oren D. Langer
Miles A. Finn
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
601 Lexington Avenue, Suite 3400
New York, New York 10022
Tel.: 212.980.7400

*Counsel for Defendant Novel Laboratories, Inc.*

*/s/ John K. Hsu*
James S. Richter
**WINSTON & STRAWN LLP**
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
Tel.: 973.848.7676

Samuel S. Park
Dan H. Hoang
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel.: 312.558.5600

Charles B. Klein
John K. Hsu
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, DC 20006-3817
Tel.: 202.282.5000

*Counsel for Defendant Actavis Elizabeth LLC*

*/s/ Bradford C. Frese*
Sean R. Kelly
Geri L. Albin
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel.: 973.622.3333

Janine A. Carlan
Aziz Burgy
Bradford C. Frese
**ARENT FOX LLP**
1717 K Street, NW
Washington, DC 20036-5342
Tel.: 202.857.6000

*Counsel for Defendants Par Formulations Private Ltd.
and Par Pharmaceutical, Inc.*

8

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
                                    )
                                    )
                                    )
IN RE BENDAMUSTINE CONSOLIDATED     )     C.A. No. 13-2046-GMS (consolidated)
CASES                               )
                                    )
                                    )
                                    )
```

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 4 of the Court's Scheduling Order, attached as Exhibits A, B, C, and D hereto are the Final Joint Claim Charts for U.S. Patent Nos. 8,445,524, 8,436,190, 8,609,863, and 8,791,270, respectively.[1]

Respectfully submitted,

| SHAW KELLER LLP | BAYARD, P.A. |
|---|---|
| */s/ John W. Shaw* | */s/ Stephen B. Brauerman* |
| John W. Shaw (No. 3362) | Stephen B. Brauerman (No. 4952) |
| Karen E. Keller (No. 4489) | Vanessa R. Tiradentes (No. 5398) |
| 300 Delaware Ave., Suite 1120 | Sara E. Bussiere (No. 5725) |
| Wilmington, DE 19801 | 222 Delaware Avenue, Suite 900 |
| (302) 298-0700 | Wilmington, DE 19801 |
| jshaw@shawkeller.com | (302) 655-5000 |
| kkeller@shawkeller.com | sbrauerman@bayardlaw.com |
| | vtiradentes@bayardlaw.com |
| | sbussiere@bayardlaw.com |
| | |
| OF COUNSEL: | OF COUNSEL: |

---

[1] The parties respectfully submit this amended joint claim construction chart to correct typographical errors in the original chart, to remove proposed constructions that Defendants have since dropped, to add intrinsic evidence that the parties either inadvertently left out of the original chart or are including in order to respond to one another's intrinsic evidence in the original chart and to accurately reflect the wording of the constructions the parties proposed in their opening claim construction briefs

| | |
|---|---|
| David M. Hashmall<br>Calvin E. Wingfield Jr.<br>Jonathan A. Auerbach<br>Timothy J. Rousseau<br>Joshua A. Whitehill<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Paul F. Ware<br>Daryl L. Wiesen<br>Emily L. Rapalino<br>Nicholas K. Mitrokostas<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000<br><br>*Counsel for Plaintiff Cephalon, Inc. in C.A. Nos. 13-2046-GMS; 13-2082-GMS; 13-2094-GMS; 13-2096-GMS; 14-122-GMS; 14-333-GMS; 14-334-GMS; 14-335-GMS; 14-568-GMS, 14-671-GMS, 14-1116-GMS, 14-1241-GMS, 14-1242-GMS, 14-1243-GMS, and 14-1332* | David M. Hashmall<br>Calvin E. Wingfield Jr.<br>Jonathan A. Auerbach<br>Timothy J. Rousseau<br>Joshua A. Whitehill<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Paul F. Ware<br>Daryl L. Wiesen<br>Emily L. Rapalino<br>Nicholas K. Mitrokostas<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000<br><br>*Counsel for Plaintiff Cephalon, Inc. in C.A. Nos. 13-2080-GMS; 13-2081-GMS; 13-2093-GMS; 13-2095-GMS; 13-2104-GMS; 14-590-GMS, 14-1045-GMS, 141237-GMS, 14-1238-GMS, and 14-1239-GMS* |

| SMITH KATZENSTEIN & JENKINS LLP | SEITZ ROSS ARONSTAM & MORITZ LLP |
|---|---|
| */s/ Neal C. Belgam* | */s/ Benjamin J. Schladweiler* |
| Neal C. Belgam (No. 2721) | Benjamin J. Schladweiler (No. 4601) |
| 800 Delaware Avenue, Suite 1000 | 100 S. West Street, Suite 400 |
| P.O. Box 410 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 576-1600 |
| (302) 504-1688 | bschladweiler@seitzross.com |
| nbelgam@skjlaw.com | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | Anthony J. Fitzpatrick |
| Michael R. Dzwonczyk | Vincent L. Capuano |
| Sughrue Mion, PLLC | Laura A. Vogel |
| 2100 Pennsylvania Ave., N. W. | Carolyn A. Alenci |
| Washington, DC 20037 | Duane Morris LLP |
| mdzwonczyk@sughrue.com | 100 High Street, Suite 2400 |
| | Boston, MA 02110-1724 |
| *Counsel for Accord Healthcare Inc.* | ajfitzpatrick@duanemorris.com |
| | vcapuano@duanemorris.com |
| | lavogel@duanemorris.com |
| | caalenci@duanemorris.com |
| | |
| | Emily N. Winfield |
| | Duane Morris LLP |
| | 190 South LaSalle Street, Suite 3700 |
| | Chicago, IL 60603-3433 |
| | enwinfield@duanemorris.com |
| | |
| | *Counsel for Actavis LLC* |

| | |
|---|---|
| MORRIS JAMES LLP<br><br>*/s/ Mary B. Matterer*<br>Mary B. Matterer (No. 2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>mmatterer@morrisjames.com<br>OF COUNSEL:<br><br>Nicole Stafford<br>Anna Phillips<br>Wilson, Sonsini, Goodrich & Rosati<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, TX 78746<br>nstafford@wsgr.com<br>anphillips@wsgr.com<br><br>Joshua Mack<br>Wilson, Sonsini, Goodrich & Rosati<br>12235 El Camino Real, Suite 200<br>San Diego, CA 92130<br>(858)350-2300<br>jmack@wsgr.com<br><br>*Counsel for Agila Specialties Inc., Onco Therapies Limited* | PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br><br>*/s/ Gregory T. Donilon*<br>Elizabeth Wilburn Joyce (No. 3666)<br>Gregory T. Donilon (No. 4244)<br>1220 N. Market Street, Suite 950<br>Wilmington, DE 19801<br>(302) 504-1497<br>ewilburnjoyce@pwujlaw.com<br><br>OF COUNSEL:<br><br>Louis H. Weinstein<br>James P. Barabas<br>BUDD LARNER, P.C.<br>50 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br>(973) 379-4800<br>lweinstein@buddlarner.com<br>jbarabas@buddlarner.com<br><br>*Counsel for Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc.* |

| STAMOULIS & WEINBLATT LLC | CONNOLLY GALLAGHER LLP |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Ryan P. Newelll* |
| Stamatios Stamoulis (No. 4606) | Arthur G. Connolly III (No. 2667) |
| Richard C. Weinblatt (No. 5080) | Ryan P. Newell (No. 4744) |
| Two Fox Point Centre | Mary I. Akhimien (No. 5448) |
| 6 Denny Road, Suite 307 | 1000 West Street, Suite 1400 |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 757-7300 |
| stamoulis@swdelaw.com | aconnolly@connollygallagher.com |
| weinblatt@swdelaw.com | rnewell@connollygallagher.com |
| | makhimien@connollygallagher.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Barry S. White | |
| Steven M. Amundson | Sailesh K. Patel |
| Frommer Lawrence & Haug LLP | A. Taylor Corbitt |
| 745 Fifth Avenue | Schiff Hardin LLP |
| New York, New York 10151 | 233 South Wacker Drive, Suite 6600 |
| (212) 588-0800 | Chicago, IL 60606 |
| bwhite@flhlaw.com | (312) 258-5500 |
| | spatel@schiffhardin.com |
| | tcorbitt@schiffhardin.com |
| *Counsel for Emcure Pharmaceuticals Ltd. and* | |
| *Emcure Pharmaceuticals USA, Inc.* | Gina M. Bassi |
| | Schiff Hardin LLP |
| | 666 Fifth Avenue |
| | Suite 1700 |
| | New York, NY 10103 |
| | (212) 753-5000 |
| | gbassi@schiffhardin.com |
| | |
| | *Counsel for Glenmark Pharmaceuticals Ltd.,* |
| | *Glenmark Generics Ltd., Glenmark Generics* |
| | *S.A. and Glenmark Generics Inc. USA* |

| ABRAMS & BAYLISS, LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ John M. Seaman | /s/ Melanie K. Sharp |
| John M. Seaman (No. 3868) | Melanie K. Sharp (No. 2501) |
| 20 Montchanin Road, Suite 200 | Monté T. Squire (No. 4764) |
| Wilmington, DE 19807 | Samantha G. Wilson (No. 5816) |
| (302) 778-1000 | Rodney Square |
| seaman@abramsbayliss.com | 1000 North King Street |
|  | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 571-6881 |
|  | msharp@ycst.com |
| Neal Seth |  |
| Karin Hessler | JENNER & BLOCK LLP |
| Wiley Rein LLP | Bradford P. Lyerla |
| 1776 K St NW | Sara Tonnies Horton |
| Washington DC 20006 | Yusuf Esat |
| nseth@wileyrein.com | 353 N. Clark St. |
|  | Chicago, IL 60654 -3456 |
| *Counsel for Hetero Labs Ltd. and Hetero USA, Inc.* | (312) 222-9350 |
|  | *Counsel for Hospira, Inc.* |

| STAMOULIS & WEINBLATT LLC | PROCTOR HEYMAN LLP |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Dominick Gattuso* |
| Stamatios Stamoulis (No. 4606) | Dominick Gattuso (No. 3630) |
| Richard C. Weinblatt (No. 5080) | 300 Delaware Ave., Suite 200 |
| Two Fox Point Centre | Wilmington, DE 19801 |
| 6 Denny Road, Suite 307 | (302) 472-7300 |
| Wilmington, DE 19809 | DGattuso@proctorheyman.com |
| (302) 999-1540 | |
| stamoulis@swdelaw.com | OF COUNSEL: |
| weinblatt@swdelaw.com | |
| | David C. Doyle |
| OF COUNSEL: | Eric M. Acker |
| | E. Cary Miller |
| Michael H. Baniak | Stephen D. Keane |
| Shashank Upadhye | Mary Prendergast |
| Seyfarth Shaw LLP | MORRISON & FOERSTER LLP |
| 131 South Dearborn Street, Suite 2400 | 12531 High Bluff Drive, Suite 100 |
| Chicago, IL 60603 | San Diego, California 92130-2040 |
| mbaniak@seyfath.com | Telephone: 858.720.5100 |
| supadhye@seyfarth.com | DDoyle@mofo.com |
| | EAcker@mofo.com |
| | EMiller@mofo.com |
| Nigamnarayan (Nigam) Acharya | SKeane@mofo.com |
| SEYFARTH SHAW LLP | MPrendergast@mofo.com |
| 1075 Peachtree Street, N.E., Suite 2500 | |
| Atlanta, GA 30309 | *Counsel for Sandoz Inc.* |
| nacharya@seyfarth.com | |
| | |
| *Counsel for InnoPharma, Inc.* | |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | STAMOULIS & WEINBLATT LLC |
|---|---|
| */s/ Jack C. Phillips, Jr.* | */s/ Stamatios Stamoulis* |
| John C. Phillips, Jr. (No. 110) | Stamatios Stamoulis (No. 4606) |
| Megan C. Haney (No. 5016) | Richard C. Weinblatt (No. 5080) |
| 1200 North Broom Street | Two Fox Point Centre |
| Wilmington, DE 19806 | 6 Denny Road, Suite 307 |
| (302) 655-4200 | Wilmington, DE 19809 |
| jcp@pgslaw.com | (302) 999-1540 |
| mch@pgslaw.com | stamoulis@swdelaw.com |
| | weinblatt@swdelaw.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| William A. Rakoczy | |
| Paul J. Molino | Paul H. Berghoff |
| John D. Polivick | Paul S. Tully, Ph.D. |
| Rakoczy Molino Mazzochi Siwik LLP | Erin R. Woelker |
| 6 West Hubbard Street, Suite 500 | McDONNELL BOEHNEN HULBERT & |
| Chicago IL 60654 | BERGHOFF LLP |
| wrakoczy@rmmslegal.com | 300 S. Wacker Dr. |
| paul@rmmslegal.com | Chicago, Illinois 60606 |
| jpolivick@rmmslegal.com | (312) 913-0001 |
| dgupta@rmmslegal.com | |
| | *Counsel for Uman Pharma, Inc.* |
| *Counsel for Sun Pharmaceuticals Industries Ltd. and Sun Pharma Global FZE* | |

| FLASTER/GREENBERG P.C. | POLSINELLI PC |
|---|---|
| /s/ William J. Burnett | /s/ Jarrett K. Vine |
| William J. Burnett (#4078) | R. Montgomery Donaldson (DE Bar No. 4367) |
| 1000 N. West Street | Shanti M. Katona (DE Bar No. 5352) |
| Suite 1200 | Jarrett K. Vine (DE Bar No. 5400) |
| Wilmington, DE 19801 | 222 Delaware Avenue, Suite 1101 |
| 302.351.1910 | Wilmington, Delaware 19801 |
| william.burnett@flastergreenberg.com | Phone: (302) 252-0920 |
| | Fax: (302) 252-0921 |
| | rmdonaldson@polsinelli.com |
| *Attorneys for Defendants Eurohealth* | skatona@polsinelli.com |
| *International Sarl and West-Ward* | jvine@polsinelli.com |
| *Pharmaceutical Corp.* | |
| | OF COUNSEL: |
| | |
| | Ronald M. Daignault |
| | Tedd W. Van Buskirk |
| | POLSINELLI PC |
| | 900 Third Avenue |
| | 21st Floor |
| | New York, NY 10022 |
| | Phone: (212) 684-0199 |
| | Fax: (212) 684-0197 |
| | rdaignault@polsinelli.com |
| | |
| | *Counsel for Defendant Sagent* |
| | *Pharmaceuticals, Inc.* |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Kelly E. Farnan* | */s/ Jason Rawnsley* |
| Kelly E. Farnan (#4395) | Steven J. Fineman (#4025) |
| Farnan@rlf.com | Jason Rawnsley (#5379) |
| One Rodney Square | One Rodney Square |
| P.O. Box 551 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 651-7700 |
| | fineman@rlf.com |
| OF COUNSEL: | rawnsley@rlf.com |
| Robert Vroom | |
| Breckenridge Pharmaceutical Inc. | OF COUNSEL: |
| 60 E. 42nd Street, Suite 5210 | Daniel G. Brown |
| New York, New York 10165 | Terrence J. Connolly |
| | LATHAM & WATKINS LLP |
| | 885 Third Avenue |
| *Attorneys for Defendants Breckenridge* | New York, NY 10022 |
| *Pharmaceutical, Inc. and Natco Pharma* | (212) 906-1200 |
| *Limited* | |
| | Marc N. Zubick |
| | Lauren Sharkey |
| | LATHAM & WATKINS LLP |
| | 330 North Wabash Ave, Suite 2800 |
| | Chicago, IL 60611 |
| | (312) 876-7700 |
| | |
| | *Attorneys for Defendant Eagle* |
| | *Pharmaceuticals, Inc.* |

BIFFERATO, LLC

*/s/ Thomas F. Driscoll*
Thomas F. Driscoll III (#4703)
800 N. King Street, Plaza Legal
Wilmington, DE 19801
Tel : (302)254-7600
tdriscoll@bifferato.com

OF COUNSEL:
Jay R. Deshmukh
William R. Zimmerman
KNOBBE, MARTENS, OLSON & BEAR,
LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006
Tel: 202-640-6400

Thomas P. Krzeminski
William O. Adams
Karen M. Cassidy
KNOBBE, MARTENS, OLSON & BEAR,
LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: 949-760-0404

*Attorneys for Defendants Wockhardt Bio AG,*
*Wockhardt Ltd, and Wockhardt USA, LLC*

**EXHIBIT A**
**Final Joint Claim Chart for U.S. Patent No. 8,445,524 ("the '524 patent")**
*In re Bendamustine Consolidated Cases*,
Civil Action No. 13-2046-GMS (consolidated)

Disputed Constructions

| Claim Term [applicable claims] | Plaintiff's Proposed Construction and Intrinsic Evidence[2] | Defendants'[3,4] Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "solid form of bendamustine hydrochloride, designated as bendamustine hydrochloride Form 1" [claim 1] | **Plaintiff's Proposal:** "crystal form of bendamustine hydrochloride that can be distinguished from other forms by its X-ray powder diffraction pattern" <br><br> INTRINSIC EVIDENCE: <br><br> **'524 Patent**: <br><br> • 2:37 – 2:64 <br> • 3:21 – 3:22 <br> • 3:29 – 3:30 <br> • 3:39 – 3:42 <br> • 3:45 – 3:50 | **Defendants' Proposal:** "crystal form of bendamustine hydrochloride that does not contain any water and that can be distinguished from other forms by its X-ray powder diffraction pattern" <br><br> INTRINSIC EVIDENCE: <br><br> **'524 Patent**: <br><br> • Col.1, l.23-38 <br> • Col.2, l.36-39 <br> • Col.2, l.65 - col.3, l.7 <br> • Col.4, l.2-9 <br> • Col.4, l.14-20 |

---

[2] Cephalon reserves the right to rely on Defendants' intrinsic evidence.
[3] Only claims 7–8, 16–18, and 20–23 of US Patent No. 8,791,270 are asserted against Defendant Eagle Pharmaceuticals, Inc.'s ("Eagle") NDA product. Accordingly, for all other claims of any patent asserted as part of this litigation, Eagle expressly states that is does not join in any proposed constructions by any party.
[4] Defendants reserve the right to rely on Cephalon's intrinsic evidence. Further Defendants reserve the right to assert the invalidity defense of claim indefiniteness under 35 U.S.C. § 112 regarding the asserted patents, irrespective of the claim constructions identified here.

| Claim Term [applicable claims] | Plaintiff's Proposed Construction and Intrinsic Evidence[5] | Defendants'[67] Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | preparation.")<br>• 10:63 – 11:22<br>• 16:39 – 16:41<br>• 17:5 – 18:35<br>• 18:46 – 18:56<br>• 32:26 – 33:38 | |
| "0.5%"<br><br>[claims 7-9] | **Plaintiff's Proposal:** "0.5 area percent relative to the amount of bendamustine as determined, *e.g.*, by HPLC"<br><br>**INTRINSIC EVIDENCE:**<br><br>**'190 Patent**:<br><br>• 3:4 – 4:20<br>• 4:27 – 5:6<br>• 5:19 – 6:47<br>• 7:16 – 7:24<br>• 8:24 – 8:38<br>• 8:48 – 8:55<br>• 8:58 – 8:59<br>• 11:40 – 11:57<br>• 11:57 – 11:60 ("By 'area percent of bendamustine' is meant the amount of a specified degradant, e.g., HP1, relative to the amount of bendamustine as determined, e.g., by HPLC.")<br>• 17:28 – 17:37<br>• 18:64 – 20:22 | **Defendants' Proposal:** Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE:**<br><br>**'190 Patent**:<br><br>• **3:4-3:45**<br>• **3:47-3:51** |

| Claim Term [applicable claims] | Plaintiff's Proposed Construction and Intrinsic Evidence[5] | Defendants'[67] Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>21:59 – 24:67</li><li>25:14 – 26:11</li><li>26:49 – 28:67</li><li>29:1 – 31:52</li><li>Figures 2, 3, 4, and 6</li></ul><br>**'190 Patent Prosecution History**:<br><ul><li>Nov. 17, 2009 Reply Pursuant to 37 CFR § 1.111, at pp. 13-15 [CEPH_00002250-65]</li><li>Aug. 29, 2012 Notice of Allowability, at p. 3 [CEPH_00002679-82]</li></ul> | |
| "containing not more than about 0.5% bendamustine ethylester"<br><br>[claims 7-9] | **Plaintiff's Proposal:** "containing not more than about 0.5% bendamustine ethylester relative to the amount of bendamustine as determined, *e.g.*, by HPLC"<br><br>**INTRINSIC EVIDENCE:**<br><br>**'190 Patent**:<br><ul><li>3:4 – 4:20</li><li>4:27 – 5:6</li><li>5:19 – 6:47</li><li>7:16 – 7:24</li><li>8:24 – 8:38</li><li>8:48 – 8:55</li><li>8:58 – 8:59</li><li>11:40 – 11:57</li></ul> | **Defendants' Proposal:** Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE:**<br><br>**'190 Patent**:<br><ul><li>Col.21-22</li><li>Col.28, Table 13</li></ul>**Other:**<br><ul><li>'270 Patent, Claims 1-19</li></ul> |

| Claim Term<br>[applicable claims] | Plaintiff's Proposed Construction<br>and Intrinsic Evidence[11] | Defendants'[12,13] Proposed Construction<br>and Intrinsic Evidence |
|---|---|---|
| | • 12:10 – 12:13 ("By "area percent of bendamustine" is meant the amount of a specified degradant, e.g., HP1, relative to the amount of bendamustine as determined, e.g., by HPLC.")<br>• 20:43 – 21:29 (C. Stability)<br>• 22:23 – 25:34 (C. Stability)<br>• 28:30 – 30:45 (Example 1: HPLC Procedures)<br>• 31:30 – 32:3 (Example 3: Stability)<br>• 33:33 – 33:44 (Example 5: Impurity Assessment) | |
| "amount of HP1 measured at time zero after reconstitution"<br><br>[claim 2] | **Plaintiff's Proposal:** "amount of HP1 measured soon after dissolution in a solvent"<br><br>**INTRINSIC EVIDENCE:**<br><br>**'270 Patent**:<br><br>• 1:41 – 1:50 ("Because of their high reactivity in aqueous solutions, nitrogen mustards are difficult to formulate as pharmaceuticals and are often supplied for administration in a lyophilized form that requires reconstitution, usually in water, by skilled hospital personal prior to administration. Once in aqueous solution, nitrogen mustards are subject to | **Defendants' Proposal:** Plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE:**<br><br>**'270 Patent**:<br><br>• Col.3, l.50-53<br>• Col.4, l.3-5<br>• Col.5, l.1-3<br>• Col.5, l.24-25<br>• Col.6, l.55-58<br>• Col.12, l.23-25 |