

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

May 31, 2016

**VIA ECF**

The Honorable Douglas E. Arpert
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Sucampo AG, et al. v. Dr. Reddy's Laboratories, Inc., et al.*
              Civil Action No. 14-7114 (MAS)(DEA)

Dear Judge Arpert:

      This firm, together with Paul Hastings LLP and Patterson Belknap Webb & Tyler LLP, represents Plaintiffs in the above-captioned matter. We write on behalf of all parties regarding the claim construction schedule in this matter.

      Defendants have requested, and Plaintiffs have agreed, to a slight modification of the claim construction schedule to accommodate travel difficulties for Defendants' expert. Accordingly, the parties respectfully request that the claim construction schedule (D.I. 55) be modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| File opening *Markman* briefs | June 9, 2016 | June 30, 2016 |
| Complete claim construction expert discovery | June 30, 2016 | July 28, 2016 |
| File responsive *Markman* briefs | July 28, 2016 | August 25, 2016 |
| Submit proposed schedule for *Markman* hearing | August 9, 2016 | September 1, 2016 |
| Telephone Status Conference (plaintiffs' counsel to initiate the call) | August 15, 2016 at 10:30 a.m. | |

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Douglas E. Arpert, U.S.M.J.
May 31, 2016
Page 2

    For the Court's convenience, we have included the current date for the parties' status teleconference with the Court in the event Your Honor would prefer to reschedule that teleconference for a date after the parties submit their proposed schedule for the *Markman* hearing. If this schedule meets with Your Honor's approval, the parties respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*/s/ William C. Baton*

William C. Baton

cc:    All Counsel (via e-mail)

SO ORDERED:

_____
Hon. Douglas E. Arpert, U.S.M.J.