Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com
ssullivan@saul.com

*Attorneys for Plaintiffs*
*Sucampo AG, Sucampo Pharmaceuticals,*
*Inc., R-Tech Ueno, Ltd., Takeda*
*Pharmaceutical Company Limited, Takeda*
*Pharmaceuticals USA, Inc., and Takeda*
*Pharmaceuticals America, Inc.*

Andrew J. Miller
Louis H. Weinstein
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
amiller@buddlarner.com
lweinstein@buddlarner.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

R E C E I V E D

**JUN 2 9 2016**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SUCAMPO AG, SUCAMPO PHARMACEUTICALS, INC., R-TECH UENO, LTD., TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS USA, INC. and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., <br><br> Defendants. | Civil Action No. 14-7114 (MAS)(DEA) <br><br> **Hon. Michael A. Shipp, U.S.D.J.** <br> **Hon. Douglas E. Arpert, U.S.M.J.** <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> (Filed Electronically) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Sucampo AG,

Sucampo Pharmaceuticals, Inc., R-Tech Ueno, Ltd., Takeda Pharmaceutical Company Limited,

Takeda Pharmaceuticals USA, Inc., and Takeda Pharmaceuticals America, Inc. (collectively,

"Plaintiffs") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.

(collectively, "DRL"), subject to the approval of the Court, that:

     1.     All dates in the Letter Order of June 1, 2016, D.I. 60, are adjourned for forty-five

(45) days.

     2.     The parties will provide an update to the Court on August 4, 2016.

SO STIPULATED:                                 Dated: June 27, 2016

By: s/ William C. Baton                        By: s/ Louis H. Weinstein
    Charles M. Lizza                               Andrew J. Miller
    William C. Baton                               Louis H. Weinstein
    Sarah Sullivan                                 BUDD LARNER, P.C.
    SAUL EWING LLP                                 150 John F. Kennedy Parkway
    One Riverfront Plaza, Suite 1520               Short Hills, New Jersey 07078
    Newark, NJ 07102-5426                          (973) 379-4800
    (973) 286-6700                                 amiller@buddlarner.com
    clizza@saul.com                                lweinstein@buddlarner.com
    wbaton@saul.com

                                             *Attorneys for Defendants*
*Attorneys for Plaintiffs*                     *Dr. Reddy's Laboratories, Ltd. and Dr.*
*Sucampo AG, Sucampo Pharmaceuticals,*         *Reddy's Laboratories, Inc.*
*Inc., R-Tech Ueno, Ltd., Takeda*
*Pharmaceutical Company Limited, Takeda*
*Pharmaceuticals USA, Inc., and Takeda*
*Pharmaceuticals America, Inc.*

Joseph M. O'Malley, Jr.
Preston K. Ratliff II
Evan Diamond
Yousef M. Mian
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiffs Sucampo AG,*
*Sucampo Pharmaceuticals, Inc., and*
*R-Tech Ueno, Ltd.*

*[handwritten: * The Court will conduct a telephone status conference on August 22, 2016 at 10:30 AM. Plaintiff's counsel to initiate.]*

2

William F. Cavanaugh
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiffs Takeda*
*Pharmaceutical Company Limited, Takeda*
*Pharmaceuticals USA, Inc., and Takeda*
*Pharmaceuticals America, Inc.*


**SO ORDERED:**

This 29th day of June , 2016.


_____
Hon. Douglas E. Arpert, U.S.M.J.