

William C. Baton

Phone: (973) 286-6722

Fax: (973) 286-6822

wbaton@saul.com

www.saul.com

August 3, 2016

**VIA ECF**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

> Re:     *Sucampo AG, et al. v. Dr. Reddy' s Laboratories, Inc., et al.*
>         Civil Action No. 14-7114 (MAS)(DEA)

Dear Judge Arpert:

       This firm, together with Paul Hastings LLP and Patterson Belknap Webb & Tyler LLP, represents Plaintiffs in the above-captioned matter. Pursuant to Your Honor's June 29, 2016 Order (D.I. 61), Plaintiffs and Defendants write jointly to provide the Court with an update on the status of this matter, and to request a brief extension of the schedule.

       As Your Honor is aware, the parties have been engaging in discussions with an eye towards resolving this case. Although the parties believe these discussions are progressing in a positive manner, the parties agree that it would be helpful if the existing claim construction deadlines were extended by an additional four weeks. The next deadline on the current case schedule, Opening *Markman* submissions, is scheduled for August 15, 2016. If the Court grants the parties' request, this deadline would be adjourned to September 12, 2016, and the remaining claim construction deadlines would be adjusted according to the existing intervals in the schedule. The parties also agree that the existing August 22, 2016 status teleconference with Your Honor should remain on the calendar.

       If the above meets with the Court's approval, we respectfully request Your Honor sign the below form of endorsement and have it entered on the docket.

       Thank you for Your Honor's kind attention to this matter.

Hon. Douglas E. Arpert, U.S.M.J.
August 3, 2016
Page 2


Respectfully yours,                          Respectfully yours,

 s/ Louis Weinstein                           s/ William C. Baton
Louis Weinstein                              William C. Baton

*On behalf of Defendants*                    *On behalf of Plaintiffs*


cc:      All Counsel (via e-mail)


It is **SO ORDERED**, this ___ day of August, 2016, that all existing claim construction deadlines are extended by four weeks and the August 22, 2016 status teleconference shall proceed as scheduled:


_____
Hon. Douglas E. Arpert, U.S.M.J.